BROWN *v.* BROWN *et al.*

No. 10332. October 9, 1934.

*H. W. Nalley, P. M. Mosley,* and *B. C. Pierce,* for plaintiff.

*R. Earl Camp* and *G. C. Bidgood,* for defendants.

GILBERT, J.   Jesse G. Brown died intestate, leaving no wife, no child, and no descendant of a child.   He did leave a brother, J. R. M. Brown, and also children and grandchildren of deceased brothers and sisters.   J. R. M. Brown set up a claim to the entire estate, to the exclusion of the aforesaid children and grandchildren.   The court rendered a judgment adverse to that claim, and J. R. M. Brown excepted.   *Held,* no error.   Civil Code (1910), § 3931 (5).   As to the proper distributive shares, see *Harrell* v. *Storey,* 175 *Ga.* 569 (165 S. E. 554).

*Judgment affirmed.   All the Justices concur.*